STARBUCK *v.* LAZENBY.—In error.

THE declaration in assumpsit contained a count on a promissory note and a general count for goods sold and delivered. Judgment by default. *Held*, that a writ of inquiry was necessary. *M'Fall et al.* v. *Wilson et al.* 6 Blackf. 260.